■ In the Matter of QUINTIN XAVIER DRAKEFORD, Petitioner, v CHARLES SOLOMON et al., Respondents. [878 NYS2d 926]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Andrias, Saxe, Moskowitz and DeGrasse, JJ.